December 14, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

HUMBERTO FABIAN CABALLERO, Appellant

NO. 14-16-00513-CV                         V.

MARIA CHRISTIAN CABALLERO, Appellee

_____

This cause, an appeal from the protective order in favor of appellee, Maria Christian Caballero, signed March 30, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the protective order. We order the protective order of the court below **AFFIRMED**.

We order appellant, Humberto Fabian Caballero, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.